IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2024 SEP 30 P 1: 43

Family of P Express Trust

P. Brown Bey,

"PRO SE"                                          )

Plaintiff,                                        )   Jury Demand ☒ yes  ☐ NO

v.                                                )

                                                  )   Civil Action No.

Jake A. Turner
Melinda Woods
Daryl Stoudemire                                      2:24-cv-00610-RAH-CWB
Mark Harrell
Autauga County Sheriff Department
Jessica K Sanders
BJ's Bail Bond Inc.
Betty Reeves

Defendant(s)                                      )

                                                  )

                                                  )

                                                  )

                                                  )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND TREATY RIGHTS

*(Pursuant to 42 U.S.C. § 1983, 18 U.S.C. §§ 241, 242, the U.S. Constitution, the Alabama Constitution, the Moorish Science Temple of America Divine Constitution and By-Laws, and the Treaty of Peace and Friendship)*

## I. INTRODUCTION

Plaintiffs, P. Brown Bey in his individual capacity and as trustee of Family of P Express Trust, brings this complaint for civil rights violations under 42 U.S.C. § 1983 and 18 U.S.C. §§ 241, 242, as well as violations of the U.S. Constitution, Alabama Constitution, Moorish Science Temple of America Divine Constitution and By-Laws, and the Treaty of Peace and Friendship of 1836 between Morocco and the United States. The Defendants, acting under the color of state law, maliciously conspired to deprive Plaintiff of his constitutional and treaty-protected rights. This conduct includes unlawful detainment, excessive judicial abuse, false imprisonment, racial and religious discrimination, and the unlawful seizure of property, all of which infringe on Plaintiff's autonomy and unalienable rights as a Moorish American National.

## II. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution, federal law, and the Treaty of Peace and Friendship. The case also raises claims under 42 U.S.C. § 1983 and 18 U.S.C. §§ 241, 242.

2. Supplemental jurisdiction over state law claims is invoked under 28 U.S.C. § 1367(a), as these claims arise from the same core of operative facts as the federal claims.

3. Venue is proper under 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred in this District and the Defendants reside here.

## III. PARTIES

1. Plaintiff, P. Brown Bey, is a Moorish American National Native of Alabama, and is the legal representative of Family of P Express Trust. Plaintiff asserts his rights under the U.S. Constitution, Moorish Science Temple of America Divine Constitution and By-Laws, and the Treaty of Peace and Friendship.

2. Defendants:

- Deputy Jake A. Turner, in his individual and official capacity as a deputy of the Autauga County Sheriff's Department.

- Deputy Melinda Woods, in her individual and official capacity as a deputy of the Autauga County Sheriff's Department.

- Deputy Daryl Stoudemire, in his individual and official capacity as a Sergeant deputy of the Autauga County Sheriff's Department.

- Sheriff Mark Harrell, in his individual and official capacity as Sheriff of Autauga County.

- Autauga County Sheriff's Department, an agency of Autauga County, Alabama.

- Jessica K Sanders, is a District Judge in Autauga County, in her official capacity for injunctive relief.

- BJ's Bail Bond Inc., a private corporation conducting business in Alabama.

- Betty Reeves, a registered agent and employee of BJ's Bail Bond Inc. in her individual capacity for role in facilitating the issuance of an illegal bond.

## IV. STATEMENT OF FACTS

1. On August 23, 2024, Plaintiff, P. Brown Bey, was lawfully traveling as a Moorish American National under the protection of the U.S. Constitution and Treaty of Peace and Friendship when he was unlawfully stopped and detained by Deputy Jake A. Turner of the Autauga County Sheriff's Department.

2. Deputy Turner falsely identified Plaintiff as Perry Gene Brown Jr., despite the fact that Plaintiff had legally changed his name to P. Brown Bey in Autauga County probate court on September 7, 2023 (Case No. 23-205).

3. During the unlawful stop, Deputy Turner conducted an illegal search of Plaintiff's vehicle without a warrant or probable cause. This search resulted in the seizure of Plaintiff's personal property, including CBD, which is Plaintiff's Holy Sacrament under his religious beliefs as a Moorish American, protected by the First Amendment and Article IV of the Moorish Science Temple of America Divine Constitution and By-Laws. The CBD was falsely identified as marijuana.

4. Turner also unlawfully affirmed the U.S. Passport Card was "fake", which Plaintiff was using to assert his rights to travel as a Moorish American National. Turner's actions violated the Treaty of Peace and Friendship, which explicitly protects the rights of Moorish nationals from unlawful detainment and seizure.

5. Plaintiff was arrested, falsely imprisoned, and charged under false pretenses, and his vehicle, private property of Family of P Express Trust, was seized and impounded, violating the Fourth Amendment and Article I, Section 5 of the Alabama Constitution.

6. Deputy Melinda Woods, conspiring with Deputy Turner, unlawfully booked Plaintiff under the defunct name "Perry Gene Brown Jr"., and forcefully took fingerprints, photos, and a mouth swab for DNA identification. These actions violated Plaintiff's right to bodily integrity under the Fourth and Fifth Amendments.

7. Deputy Sgt. D. Stoudemire and Sheriff Mark Harrell of the Autauga County Sheriff Department conspired with BJ's Bail Bond Inc. to create a false bail bond and fraudulent legal instrument under a fictitious identity.

8. On September 19, 2024, during Plaintiff's preliminary hearing, Deputy Turner provided false testimony, claiming the weapon seized was a 9mm, when in fact it was a .22LR. He also falsely testified regarding Plaintiff's identity, race, nationality, and all in furtherance of malicious prosecution and conspiracy.

9. The hearing was presided over by Judge Sanders, who threatened Plaintiff with immediate imprisonment if he did not vacate the courtroom within three minutes, violating Plaintiff's rights under the Eighth Amendment and the Alabama Constitution.

10. During this hearing, members of the Autauga County District Attorney office verbally assaulted Plaintiff and created a hostile courtroom environment, further illustrating the conspiracy to deprive Plaintiff of his rights under 18 U.S.C. § 241.

11. BJ's Bail Bond Inc. unlawfully issued a fictitious bond and surety in the name of Perry Gene Brown Jr., knowing that this name was no longer legally valid. This fraudulent act deprived Plaintiff of his property and rights under the Fifth Amendment.

## V. CLAIMS FOR RELIEF

### COUNT I:

### Violation of the Fourth Amendment (Unlawful Search and Seizure)

Defendants, by unlawfully stopping and searching Plaintiff and seizing his personal property without probable cause, violated his Fourth Amendment rights and the Alabama Constitution's protection against unreasonable searches and seizures.

### COUNT II:

### Violation of the First Amendment (Religious Freedom)

By unlawfully seizing Plaintiff's CBD, a religious sacrament under his beliefs, Defendants violated his First Amendment right to religious freedom and his right to practice his religion as a Moorish American.

### COUNT III:

### *Violation of the Eighth Amendment (Cruel and Unusual Punishment)*

The threats issued by Judge Sanders, along with the hostile conduct of the District Attorney, constituted cruel and unusual punishment in violation of the Eighth Amendment and Article I, Section 15 of the Alabama Constitution.

### COUNT IV:

### Violation of the Treaty of Peace and Friendship of 1836

The Treaty of Peace and Friendship guarantees the protection of Moorish nationals from unlawful detention, the seizure of property, and the deprivation of liberty. By unlawfully detaining Plaintiff and seizing property belonging to Family of P Express Trust, Defendants violated Article 20 of the Treaty, which requires the immediate release of Moorish nationals and their property if unlawfully seized. This violation also contravenes the autonomy recognized by the United States under the Treaty.

## COUNT V:

### False Imprisonment and Unlawful Taking of Biometric Data

Plaintiff was unlawfully detained under the name Perry Gene Brown Jr., a name no longer legally recognized. The subsequent booking, fingerprinting, photographing, and taking of a DNA swab violated Plaintiff's Fourth Amendment right to be free from unlawful searches and seizures, as well as his right to due process under the Fifth Amendment.

## COUNT VI:

### Fraud and Conspiracy to Deprive Civil Rights (18 U.S.C. § 241)

Defendants, including BJ's Bail Bond Inc., conspired to defraud Plaintiff by issuing a fictitious bond under a defunct name. This fraudulent act, coupled with the actions of the Sheriff's Department, illustrates a coordinated effort to deprive Plaintiff of his civil rights under 18 U.S.C. § 241.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff P. Brown Bey, individually and as trustee of Family of P Express Trust, prays for judgment against Defendants as follows:

1. A declaratory judgment that Defendants violated Plaintiff's rights under the U.S. Constitution, the Alabama Constitution, the Moorish Science Temple of America Divine Constitution and By-Laws, and the Treaty of Peace and Friendship.

2. Compensatory damages in an amount of $50,000,000 (FIFTY MILLION) for the violations of Plaintiff's constitutional and treaty-protected rights.

3. Punitive damages against the individual Defendants for their willful and malicious violations of Plaintiff's rights under federal law, the Alabama Constitution, and the Treaty of Peace and Friendship, in an amount of $25,000,000 (TWENTY-FIVE MILLION)

4. An injunction ordering the Defendants, including Autauga County Sheriff's Department and BJ's Bail Bond Inc., to cease their unlawful practices, including but not limited to the improper detention of Moorish nationals, the unlawful collection of biometric data, and the issuance of fraudulent bonds.

5. An order requiring the expungement of all records, including photographs, fingerprints, DNA swabs, and any other information obtained under duress and without proper legal authority, that were gathered in violation of Plaintiff's constitutional and treaty rights.

6. An order declaring null and void the bond and surety issued by BJ's Bail Bond Inc. under the defunct name Perry Gene Brown Jr., as it was fraudulently created and executed.

7. A declaratory judgment that the seizure of Family of P Express Trust's property tangible and intangible was unlawful and that said property, including the improperly seized firearm, holy sacrament (CBD), and fees incurred for loss be returned immediately to the Plaintiff.

8. An order declaring that Plaintiff, P. Brown Bey, retains the right to travel freely as a Moorish American National without unlawful interference from law enforcement, as protected by the Treaty of Peace and Friendship and the U.S. Constitution.

9. Attorney fees and costs pursuant to 42 U.S.C. § 1988, as applicable.

10. Any further relief this Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable.

Respectfully submitted,

P. Brown Bey,

Plaintiff, in propria persona

Trustee of Family of P Express Trust

P.O. Box 680141

Prattville, Alabama 36068

205-990-9071

pbey92@gmail.com