IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P. BROWN BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-610-RAH |
| | ) |
| JAKE A. TURNER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

On March 19, 2025, the Magistrate Judge recommended dismissal of the claims against Defendants Jessica Sanders and the Autauga County Sheriff Department. (Doc. 49.) That same day, the Magistrate Judge ordered that the Sheriff Department Employee Defendants' (Jake A. Turner, Melinda Woods, Daryl Stoudemire and Mark Harrell) *Renewed Motion to Dismiss* (doc. 29), be construed as a motion for more definite statement (doc. 50), and be granted and further that Plaintiff P Brown Bey be required to file a Second Amended Complaint.

Plaintiff P Brown Bey filed an Objection (doc. 53) to the Recommendation as to Defendants Jessica Sanders and the Autauga County Sheriff Department. Bey also filed a Second Amended Complaint (doc. 51) as ordered by the Magistrate Judge, which again named the Sheriff Department Employee Defendants as defendants. The Second Amended Complaint also continued to name Jessica

Sanders and BJ Bail Bonds as defendants, although it dropped the Autauga County Sheriff Department as a defendant.

The Magistrate Judge's Recommendation as to Defendant Sanders, a sitting state court district judge, was premised upon the application of judicial immunity. In his Objection, Bey shows no error with the Magistrate Judge's Recommendation that the claims against Defendant Sanders be dismissed. Accordingly, upon this Court's *de novo* review of the Recommendation, the Recommendation is due to be ADOPTED as it concerns the claims in the First Amended Complaint against Defendant Sanders.

The Second Amended Complaint, which was filed after the Magistrate Judge's Recommendation and without leave of court as it concerns Defendant Sanders, continues to identify Defendant Sanders as a defendant. Although the Court did not grant Bey leave to file a Second Amended Complaint against Defendant Sanders, this Court's review of that pleading, under a Rule 15 leave standard, shows that Bey has not cured or otherwise plead claims showing that Defendant Sanders is not entitled to dismissal on grounds of judicial immunity. Accordingly, Bey's claims in the Second Amended Complaint against Defendant Sanders are futile, and as such, the claims against Defendant Jessica Sanders, as set forth in both the First Amended Complaint and Second Amended Complaint, are due to be dismissed on grounds of judicial immunity.

Accordingly, it is **ORDERED** as follows:

1. The Objections (doc. 53) are **OVERRULED**, and the Recommendation (doc. 49) is **ADOPTED**.

2. The *Renewed Motion to Dismiss* (doc. 27) filed by Defendant Jessica Sanders and the *Renewed Motion to Dismiss* (doc. 29) filed by Defendant Autauga County Sheriff's Department are **GRANTED**, and Defendant Jessica Sanders and the Autauga County Sheriff's Department are **DISMISSED** as parties in this case.

3. This matter is REFERRED back to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate, specific to the Second Amended Complaint against Defendants Jake Turner, Melinda Woods, Daryl Stoudemire, Mark Harrell and BJ Bail Bonds.

DONE, on this the 14th day of April 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE